**Richard J. ARNOTT, Plaintiff–
Appellant,**

v.

**METAMORPHIC SURGICAL DE-
VICES, INC., Metamorphic Surgical
Devices, LLC, Gerald G. Cano, and
Joseph T. Donnelly, Defendants–Ap-
pellees,**

and

**Guidant Corporation, Defendant–
Appellee.**

No. 04–1541.

United States Court of Appeals,
Federal Circuit.

DECIDED: March 14, 2005.

Before MAYER, Circuit Judge,
PLAGER, Senior Circuit Judge, and
GAJARSA, Circuit Judge.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.